UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
AUTOMOTIVE MACHINISTS PENSION
TRUST,

               Plaintiff,

    v.

ROSS ISLAND SAND AND GRAVEL
COMPANY,

               Defendant,

    v.

WASHINGTON TRUST BANK,

               Garnishee.
_____

Case No. MC18-0017RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Ross Island Sand and Gravel Company, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Washington Trust Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on February 6, 2018.

Dated this 7th day of February, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT